UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------

BRENDON ANDERSON,

                Petitioner,

  -v-                                         9:16-cv-208
                                               (DNH/CFH)

S. RACETTE, Superintendent, Upstate
Correctional Facility,

                Respondent.

----------------------------------

APPEARANCES:                                  OF COUNSEL:

BRENDON ANDERSON
Petitioner, Pro Se
11-A-1817
Upstate Correctional Facility
P.O. Box 2001
Malone, New York 12953

HON. ERIC T. SCHNEIDERMAN          DENNIS A. RAMBAUD, ESQ.
Attorney General for the State of New York   LISA E. FLEISCHMANN, ESQ.
Attorney for Respondent                     Ass't Attorneys General
120 Broadway
New York, New York 10271

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se petitioner Brendon Anderson brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 16, 2017, the Honorable Christian F. Hummel, United States Magistrate Judge, advised, by Report-Recommendation, that the petition be denied and dismissed and that no certificate of appealability be issued. Petitioner

filed untimely objections to the Report-Recommendation. Though late, petitioner's objections have been considered.

Based upon a de novo review of the portions of the Report-Recommendation to which petitioner objected, the Report-Recommendation is adopted in whole. See 28 U.S.C. § 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Therefore, it is

ORDERED that

The petition for a writ of habeas corpus is DENIED and DISMISSED.

The Clerk is directed to close the file. Because petitioner has not made a substantial showing of the denial of any constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 6, 2017
        Utica, New York.